# Court of Appeals
# of the State of Georgia

ATLANTA, May 28, 2021

*The Court of Appeals hereby passes the following order:*

## A21D0332. OTIS N. WHITE, JR. et al. v. HIGHWOOD PARK CONDOMINIUM ASSOCIATION et al.

This is the second appearance of this case in this Court.[1] In February 2020, Otis N. White, Jr. filed an action against Highwood Park Condominium Association regarding the water pressure in his condominium. The defendant filed a motion to dismiss White's complaint, or in the alternative, to compel discovery and for sanctions, pursuant to OCGA § 9-11-37 (d). The trial court denied the motion to dismiss but granted the motion to compel discovery and ordered that White's counsel pay attorney's fees in the amount of $1,444.50 and the cost of the takedown of the hearing on the motion. White sought immediate appellate review, but the trial court issued an order denying a certificate of immediate review. White and his counsel seeks discretionary review of the trial court's order. We, however, lack jurisdiction.

This action remains pending before the trial court. Thus, the order the applicants seek to appeal is a non-final order, as it did not resolve all issues in this action. As a result, the applicants were required to follow the interlocutory appeal procedures set forth in OCGA § 5-6-34 (b) to challenge the order. See *Bailey v. Bailey*, 266 Ga. 832, 832-833 (471 SE2d 213) (1996); *Scruggs v. Ga. Dept. of Human Resources*, 261 Ga. 587, 588-589 (1) (408 SE2d 103) (1991). Moreover, a trial court's decision to grant or refuse a certificate for immediate review of interlocutory

---

[1] In the first appearance, White sought discretionary review of an award of OCGA § 9-15-14 attorney's fees in favor of the defendant. We dismissed his application for failure to follow interlocutory appeal procedures. See Case No. A21D0135, dismissed Dec. 21, 2020.

rulings is not subject to appellate review. *Scruggs*, 261 Ga. at 588 (1). White's failure to follow the interlocutory appeal procedures deprives us of jurisdiction over this application, which is hereby DISMISSED. See Bailey, 266 Ga. at 833.



*Court of Appeals of the State of Georgia*
            *Clerk's Office, Atlanta,*  05/28/2021
            *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
            *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*